UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIE ENCAR ARNOLD,<br><br>                    Plaintiff,<br>     vs.<br><br>TRUMP LAS VEGAS SALE 7 MARKETING INC., *et al.*,<br><br>                    Defendants. | Case No.: 2:25-cv-00035-GMN-MDC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATIONS** |

Pending before the Court are two Report and Recommendations ("R&R"), (ECF Nos. 54, 57), from United States Magistrate Judge Maximiliano D. Couvillier, III. The first R&R recommends that Defendant Trump LV 4600 LLC's Motions to Dismiss, (ECF Nos. 9, 26), be denied without prejudice because they were filed pro se. The second R&R recommends that Defendants Trump Consulting & Marketing LLC and Trump Las Vegas Sale & Marketing I's Motions to Dismiss, (ECF Nos. 14, 18), be granted and Plaintiff's Complaint be dismissed without leave to amend.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a

1  district court is not required to review a magistrate judge's R&R where no objections have been
2  filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).
3    Here, Plaintiff did not file an objection to Judge Couvillier's R&R that recommended
4  her Complaint be dismissed without leave to amend, and the deadline to do so has passed. (*See*
5  R&R, ECF No. 57) (setting a December 9, 2025, deadline for objections). Defendant Trump
6  LV 4600 filed a limited objection to the first R&R agreeing with Judge Couvillier's application
7  of the law, but asking the Court to consider a renewed Motion to Dismiss that cured the
8  procedural deficiencies identified in the first R&R. (*See* Obj., ECF No. 55). But because no
9  objections were filed regarding Plaintiff's Complaint being dismissed without leave to amend,
10 the Court need not consider Defendant Trump LV 4600's renewed Motion to Dismiss.
11   Accordingly,
12   **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 54), is
13 **ACCEPTED and ADOPTED** in full.
14   **IT IS FURTHER ORDERED** Defendant Trump LV 4600's Motions to Dismiss, (ECF
15 No. 9, 26), are **DENIED** without prejudice.
16   **IT IS FURTHER ORDERED** the Report and Recommendation, (ECF No. 57), is
17 **ACCEPTED and ADOPTED** in full.
18   **IT IS FURTHER ORDERED** that Defendants Trump Consulting & Marketing LLC
19 and Trump Las Vegas Sale & Marketing I's Motions to Dismiss, (ECF Nos. 14, 18), are
20 **GRANTED**.
21   **IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED without**
22 **leave to amend**.
23 ///
24 ///
25 ///

**IT IS FURTHER ORDERED** that all other pending motions are **DENIED as MOOT**.

The Clerk of Court is kindly directed to close the case.

Dated this __16__ day of December, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court